# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

| | |
|---|---|
| AMY RAMEAU, ESQ.* <br> amywmrameau@hotmail.com | *Admitted in New York, New Jersey, <br> Eastern and Southern Districts of New York |
| AFSAAN SALEEM, ESQ.+ <br> saleemlawny@gmail.com | +Admitted in New York, <br> Eastern and Southern Districts of New York |

May 12, 2016

**BY ECF**
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **RE:  Thomas Jennings v. City, et. al., 14 CV 6377 (SLT)(SMG)**

Your Honor(s):

   I represent the plaintiff in the above-entitled action.  I write to seek to amend the recently filed Joint Pre-Trial Order ("JPTO") to add five additional witnesses.  The defendants do not consent to this request on the grounds that the "JPTO was filed and the case referred to the District Judge."

   The parties held their final pre-trial conference with Magistrate Gold yesterday where the Joint Pre-Trial Order was discussed and reviewed.  Upon reflection after the conference, plaintiff noticed that he inadvertently omitted a few names of witnesses he would like to call. Plaintiff had included as exhibits documents the witnesses either created or containing their names. Unfortunately, plaintiff did not notice their omission from the JPTO until yesterday.  The witnesses plaintiff seeks to add are:
   1. the first set of EMTs that responded to the location whose names appear in the CAD Printout in Plaintiff's Exhibit 29: EMT Orsy Medrano and EMT Joseph McHugh.
   2. the second set of EMTs who responded to the precinct to treat plaintiff and who appear in the Prehospital Care

# THE RAMEAU LAW FIRM

          Report Summary in Plaintiff's Exhibit 31: EMT Sade Jeannot-Monchik and EMT Andy Le.

3. The name of the Assistant District Attorney who wrote up the Complaint Room Screening Sheet (Plaintiff's Exhibit 8) and conducted a videotaped interview of plaintiff (Plaintiff's Exhibit 53).

      Accordingly, as 1) the JPTO was just approved by Magistrate Gold yesterday, 2) the witnesses who plaintiff is seeking to add are all names known to defendants, and 3) the only reason the defendants are withholding consent is that the JPTO has been filed and the case has been submitted to the District Judge, plaintiff asserts that there would be no prejudice to defendants by adding these additional names. On the other hand, plaintiff would be greatly prejudiced in being able to put forth his best case at trial due to no fault of his own but due to an oversight by his counsel that was remedied as soon as it was discovered and well before any preparations or even schedules have been established for the trial. Accordingly, plaintiff asks that the Court grant him this request to add these additional witnesses.

      I thank the Court for its consideration of this request.

                                                        Sincerely,

                                                        Afsaan Saleem, Esq.

cc: Aimee Kara Lulich, Esq.

T: (718) 852-4759 • F: (718) 875-5440 • E: rameaulawny@gmail.com • W: therameaulawfirm.com