UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
THOMAS JENNINGS,                                                    :
                                                                    :
    Plaintiff,                                   :
                                                                    :   **VERDICT FORM**
    -against-                                    :   14-CV-6377 (SMG)
                                                                    :
CITY OF NEW YORK, POLICE OFFICER ANDREW                             :
YURKIW, POLICE OFFICER JOSPEH SOLOMITO,                             :
POLICE OFFICER AMBER LAGRADIER, and                                 :
SERGEANT SHAUN BROWN,                                               :
                                                                    :
    Defendants.                                  :
------------------------------------------------------------------- x

**Question 1:**

Has plaintiff, Thomas Jennings, proven by a preponderance of the evidence that either of the defendants intentionally or recklessly subjected him to excessive force on April 23, 2014?

| | | |
|---|---|---|
| Officer Andrew Yurkiw: | Yes _____ | No _____ |
| Officer Joseph Solomito: | Yes _____ | No _____ |
| Officer Amber Lagradier: | Yes _____ | No _____ |
| Sergeant Shaun Brown: | Yes _____ | No _____ |

*If you answered "No" to all parts of Question 1, your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

*If you answered "Yes" to any part of Question 1, please proceed to Question 2(a).*

**Question 2(a):**

Has plaintiff proven by a preponderance of the evidence that he suffered compensatory damages as a result of being subjected to the intentional or reckless use of excessive force?

Yes_____                       No_____

*If you answered "Yes" to Question 2(a), please proceed to Question 2(b).*

*If you answered "No" to Question 2(a), please proceed to Question 2(c).*

**Question 2(b):** *(Answer only if you answered "Yes" to both Questions 1 and Question 2(a)).*

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to for being subjected to the intentional or reckless use of excessive force:

Compensatory damages for pain and suffering: $_____

Total compensatory damages: $_____

*Please proceed to Question 3.*

**Question 2(c):** *(Answer only if you answered "Yes" to any part of Question 1 and "No" to Question 2(a)).*

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$_____

*Please proceed to Question 3.*

**Question 3:**

Has Plaintiff demonstrated by a preponderance of the evidence that he is entitled to be awarded punitive damages against the Defendants?

Yes_____    No_____

If you answered Yes, state the amount attributable to Andrew Yurkiw: $_____

If you answered Yes, state the amount attributable to Joseph Solomito: $_____

If you answered Yes, state the amount attributable to Amber Lagradier: $_____

If you answered Yes, state the amount attributable to Shaun Brown: $_____

Total amount of punitive damages: $_____

*Your deliberations are <u>finished</u>. Sign and date the verdict sheet and return it to the Marshal.*

_____
**JURY FOREPERSON**

Brooklyn, New York
May 11, 2018