UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
THOMAS JENNINGS,

    Plaintiff,

        -against-

POLICE OFFICER ANDREW YURKIW, POLICE
OFFICER JOSPEH SOLOMITO, and POLICE
OFFICER AMBER LAGRANDIER,

    Defendants.
------------------------------------------------------------ x

VERDICT FORM
14-CV-6377 (SMG)

COURT'S EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 6/1/2018

**Question 1:**

Has plaintiff, Thomas Jennings, proven by a preponderance of the evidence that any of the defendants intentionally or recklessly subjected him to excessive force on April 23, 2014?

Officer Andrew Yurkiw:         Yes ✓           No _____

Officer Joseph Solomito:        Yes ✓           No _____

Officer Amber Lagrandier:      Yes ✓           No _____

*If you answered "No" to all parts of Question 1, your deliberations are finished. Sign and date the verdict sheet and return it to the Marshal.*

*If you answered "Yes" to any part of Question 1, please proceed to Question 2(a).*

**Question 2(a):**

Has plaintiff proven by a preponderance of the evidence that he suffered injuries and is entitled to compensatory damages as a result of being subjected to excessive force?

Yes ✓         No _____

*If you answered "Yes" to Question 2(a), please proceed to Question 2(b).*

*If you answered "No" to Question 2(a), please proceed to Question 2(c).*

**Question 2(b):** *(Answer only if you answered "Yes" to both Questions 1 and Question 2(a)).*

State the total dollar amount of any actual compensatory damages that plaintiff has proven by a preponderance of the evidence that he is entitled to for being subjected to the intentional or reckless use of excessive force:

Total compensatory damages:                                  $ 500,000

*Please proceed to Question 3.*

**Question 2(c):** *(Answer only if you answered "Yes" to any part of Question 1 and "No" to Question 2(a)).*

What amount of nominal damages, not to exceed one dollar, do you award plaintiff on his excessive force claim?

$ _____

*Please proceed to Question 3.*

2

**Question 3:**
Has Plaintiff demonstrated by a preponderance of the evidence that he is entitled to be awarded punitive damages against one or more of the Defendants?

| | | | |
|---|---|---|---|
| Officer Andrew Yurkiw: | Yes ✓ | No ____ | If yes, amount $ 1 M |
| Officer Joseph Solomito: | Yes ✓ | No ____ | If yes, amount $ 750 K |
| Officer Amber Lagrandier: | Yes ✓ | No ____ | If yes, amount $ 750 K |

Total amount of punitive damages:                                    $ 2.5 M

*Your deliberations are **finished**. Sign and date the verdict sheet and return it to the Marshal.*

_____
JURY FOREPERSON

Brooklyn, New York

Date: 6/1/18

3