AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Thomas Jennings ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14-CV-6377 (SMG) |
| City of New York, et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Thomas Jennings recover from the defendant *(name)* Police Officer Andrew Yurkiw, Police Officer Joseph Solomito, Police Officer Amber Lagrandier the amount of 3 Million dollars ($) 3,000,000.00, which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of 2.31 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☒ tried by a jury with Judge Steven M. Gold, United States Magistrate Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 6/11/2018

*CLERK OF COURT Douglas C. Palmer*

S/Saudia Gillespie

*Signature of Clerk or Deputy Clerk*