UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THOMAS JENNINGS,                                            **NOTICE OF MOTION**

                                              Plaintiff,     14-CV-6377 (SMG)

              -against-

Police Officer ANDREW YURKIW Shield No. 13610,
Police Officer JOSEPH SOLOMITO Shield No. 14389,
Police Officer AMBER LAGRANDIER Shield No. 5373,

                                           Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Aimee K. Lulich dated July 9, 2018, the exhibits annexed thereto; the accompanying Memorandum of Law in Support thereof; and all the papers and proceedings had herein, the undersigned will move this Court, before the Honorable Steven M. Gold, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for a new trial and remittitur pursuant to Rule 59 of the Federal Rules of Civil Procedure (the "Federal Rules"), for judgment as a matter of law pursuant to Rule 50 of the Federal Rules, for amendment of the judgment pursuant to Rule 59 of the Federal Rules, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated June 11, 2018, plaintiffs' opposition papers, if any, shall be served on the undersigned no later than, August 1, 2018, and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court Order dated Juen 11, 2018, defendants' reply papers, if any, shall be served on plaintiff by August 15, 2018.

Dated: New York, New York
July 9, 2018

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants Yurkiw, LaGrandier, and Solomito*
New York, New York 10007
(212) 356-2369

By:  /s/
AIMEE K. LULICH
*Senior Counsel*