NEW YORK CITY POLICE DEPARTMENT 

## *Mugshot Pedigree*

| | |
|---|---|
| NAME: | JENNINGS THOMAS |
| NYSID#: | 02604524R |
| Arrest #: | K14636247 |
| Arrest Date#: | 04-23-2014 |
| Top Charge: | PL 2155100: CRIMINAL CONTEMPT-1ST |
| Date of Birth: | 04-03-1991 |
| Age at Offense: | 23 |
| Social Security #: | 0 |
| PCT of Arrest: | 081 PRECINCT |
| Source: | LIVE |

## PHYSICAL DESCRIPTION

| | |
|---|---|
| Race: | BLACK |
| SEX: | MALE |
| Height: | 508 |
| Weight: | 180 |
| Hair Length: | SHORT |
| HAIR COLOR: | BLACK |
| Hair Type: | CLOSE CUT |
| Complexion: | CLEAR |
| Eye Color: | BROWN |

Scars, Marks Tattoos:
Desc:
Location:
Bodyside:

Alias 1:
Alias 2:
Alias 3:
Alias 4:



http://mugshot.nypd.finest/WebUniversalPlus2/UniversalReport....   DEF 265