UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

THOMAS JENNINGS,                                              :
                                                             :
    Plaintiff,                                           :
                                                             :          <u>VERDICT FORM</u>
      -against-                                   :          14-CV-6377 (SMG)
                                                             :
POLICE OFFICER ANDREW YURKIW, POLICE                          :
OFFICER JOSEPH SOLOMITO, and POLICE                           :
OFFICER AMBER LAGRANDIER,                                     :
                                                             :
    Defendants.                                          :
-------------------------------------------------------------------- x

**<u>Question 1:</u>**

State the total dollar amount of actual compensatory damages that plaintiff has proven by a preponderance of the evidence he is entitled to for being subjected to the use of excessive force:

Total compensatory damages awarded:     $_____

***Please proceed to Question 2.***

**<u>Question 2:</u>**

State the total amount of punitive damages that plaintiff has proven by a preponderance of the evidence he is entitled to be awarded with respect to each defendant for their malicious or wanton use of excessive force:

Officer Andrew Yurkiw:       $_____

Officer Joseph Solomito:      $_____

Officer Amber Lagrandier:     $_____

Total punitive damages awarded:     $_____

***Your deliberations are <u>finished</u>.  Sign and date the verdict sheet and return it to the Marshal.***

 

                                             _____
                                           **JURY FOREPERSON**

Brooklyn, New York
April ___ 2018
U:\#JEF 2018-2019\Jennings v. Yurkiw et al., 14-cv-6377\Verdict Form 14-6377 JENNINGS DAMAGES TRIAL FINAL.docx