# LUMER LAW GROUP

Attorneys At Law

305 BROADWAY
SUITE 1400
NEW YORK, NEW YORK 10007
WWW.LUMERLAW.COM
(212) 566-5060

January 10, 2020

**By ECF**

Hon. Steven M. Gold
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Jennings v. Yurkiw
              14 CV 6377 (SMG)

Dear Judge Gold:

      We represent plaintiff Thomas Jennings and write to respectfully request that the Court stay the deadline for plaintiff to move for legal fees and costs until the pending appeals are decided by the Court of Appeals. The defendants consent to this motion.

      On November 26, 2019, the Court extended the deadline for this motion to December 10 based, in part, on the fact that one or both sides might seek to appeal, thus necessitating further litigation. On December 20, the defendants filed their notice of appeal and their brief is now currently due on March 31, 2020. On December 31, plaintiff filed his notice of cross-appeal. The due date for his brief(s) is not yet set.

      Although the appeals do not deprive the Court of jurisdiction to resolve a fee motion, efficiency concerns militate in favor of a stay until the substantive litigation has concluded and there is certainty as to the final disposition of the case.

      Thank you for your consideration.

Respectfully submitted,

Michael Lumer

cc:     All counsel of record (By ECF)