THE LAW OFFICES OF

# SCOTT A. KORENBAUM

**14 Wall Street, Suite 1603**
**New York, New York 10005**
Tel: (212) 587-0018      Fax: (212) 587-0018

February 7, 2022

<u>BY ECF</u>

Hon. Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

       Re:   *Jennings v. Yurkiw, et al.*
               <u>CV 14-6377 (LB)</u>

Dear Magistrate Judge Bloom:

     I am one of the attorneys for Thomas Jennings. Counsel for the defendants informs us that they cannot forward the settlement paperwork to the Comptroller's Office until the Court endorses the Stipulation filed by the parties on January 28, 2022. Thus, I request that the Court "So Order" this Stipulation.

     Thank you for your attention to this matter.

                                             Respectfully submitted,

                                           *Scott A. Korenbaum*

                                           Scott A. Korenbaum

SAK:sak

cc: All Counsel (by ECF)